THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK | : |
| Plaintiff | : |
| v. | : 3:08-CV-1504 |
| | : (JUDGE MARIANI) |
| ANTONIO MONTALVO, SR., et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 15TH DAY OF OCTOBER 2013**, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. 39) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. The Court defers ruling on Plaintiff's Motion for Summary Judgment (Doc. 39).

2. **WITHIN THREE (3) WEEKS OF THE DATE OF THIS ORDER**, Defendants shall submit documentary evidence of any pending or current loan modification agreements in place, to the extent they exist.

3. Upon receipt of Defendants' supplemental filings, the Court will rule on Plaintiff's pending Motion for Summary Judgment (Doc. 39).

Robert D. Mariani
United States District Judge