THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

U.S. BANK
            Plaintiff

v.                                      3:08-CV-1504
                                        (JUDGE MARIANI)
ANTONIO MONTALVO, SR., et al.,

            Defendants

## ORDER

AND NOW, THIS 14TH DAY OF NOVEMBER 2013, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. 39), all accompanying briefs, and Defendants' failure to produce evidence of any pending or present loan modification agreements, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Summary Judgment (Doc. 39) is **GRANTED**.

2. **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS** in this mortgage foreclosure action.

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge